**UNITED STATES of America, Plaintiff–Appellee**

v.

**Zerafin LOPEZ–ALLELA, Defendant–Appellant.**

No. 12–30329
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 8, 2013.

Robert Benjamin Weir, Special Assistant U.S. Attorney, Diane Hollenshead

---

Copes, Esq., Assistant U.S. Attorney, Carol Loupe Michel, Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Zerafin Lopez–Allela, Post, TX, pro se.

Jordan Mark Siverd, Assistant Federal Public Defender, Samuel John Scillitani, Jr., Esq., Assistant Federal Public Defender, Federal Public Defender's Office, New Orleans, LA, for Defendant–Appellant.

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Zerafin Lopez–Allela has moved for leave to withdraw and has filed briefs pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Lopez–Allela has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.